## DAVIS v. LUCAS.

KOONS v. LUCAS, page 177, *ante*, followed.

*Appeal from Clinton Circuit Court.*

MONDAY, OCTOBER 28

*N. Corning*, for appellant.

*E. S. Bailey* and *C. W. Chase*, for appellee.

DAY, J.—This case involves the same questions as those determined in *Koons v. Lucas*, *supra*. Following that case the judgment of the court below in this case is

                                                        AFFIRMED.